IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR136 |
| vs. | ) | |
| TRAVIS J. BODFIELD, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant, Travis J. Bodfield's Unopposed Motion to Continue Trial [23].  Although the motion is not clear as to why the defendant would be unreasonably prejudiced should the trial not be continued as requested, the undersigned magistrate judge understands the basis to be that further review of discovery and preparation is necessary for trial and/or plea negotiations.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted, as follows:

1. The jury trial, now set for January 8, 2024, is continued to **March 25, 2024**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 25, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED:  December 22, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge